CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 4 2007

JOHN F. CORCORAN, CLERK
BY:
        DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **BILLY JOE HAVEN,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:07cv00345 |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **PARENT COMPANY OF NEW** | ) | |
| **RIVER REGIONAL JAIL, et al.,** | ) | **By: Hon. Glen E. Conrad** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1). Plaintiff's

request for injunctive relief is **DENIED**, any pending motions are hereby **DENIED** as **MOOT**, and

this case is **STRICKEN** from the active docket of the court.

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal

Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date

of entry of this Order, or within such extended period as the court may grant pursuant to Rule

4(a)(5).

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion

to plaintiff.

**ENTER**: This 24th day of July, 2007.

_____
United States District Judge